**Fill in this information to identify the case:**

Debtor 1    RONALD OLDMAN

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number 19-26385-RAM

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 5483

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | 11/01/2022 (20.00) 11/25/2022(20.00)12/22/2022(20.00)01/23/2023(20.00)02/17/2023(20.00) | (7) | $ 100.00 |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | RONALD OLDMAN | | Case Number (if known) | 19-26385-RAM |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Melbalynn Fisher, Esq. (107698), Attorney for Secured Creditor

Signature

Date: 04/03/2023

Print: Melbalynn Fisher, Esq. (107698), Attorney for Secured Creditor

Title: Bankruptcy Attorney

Company: Ghidotti | Berger LLP

Address: 1920 Old Tustin Avenue
Number    Street
Santa Ana, CA 92705
City    State    Zip Code

Contact phone: (949) 427-2010

Email: bknotifications@ghidottiberger.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## www.flmb.uscourts.gov

In re:

                        Case No.: 19-26385-RAM
                        Chapter 13

**RONALD OLDMAN,**

    Debtor.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on April 3, 2023, a conformed copy of *Notice of Postpetition Mortgage Fees, Expenses, and Charges* was served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated: April 3, 2023**

    Respectfully submitted:

    **GHIDOTTI │ BERGER, LLP**
    *Attorneys for Secured Creditor*
    1031 North Miami Beach Blvd.
    North Miami Beach, FL 33162
    Telephone: (305) 501.2808
    Facsimile: (954) 780.5578

    By: /s/ Melbalynn Fisher
        Melbalynn Fisher, Esq.
        Florida Bar No. 107698
        mfisher@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| *Debtor* | *Counsel for Debtor* |
|---|---|
| **Ronald Oldman** | **Gabriel Gonzalez**  court@gtlawyers.com, david@gtlawyers.com, paralegal@gtlawyers.com, gabriel@gtlawyers.com ;gonzalez.gabrielb121131@notify.bestcase.com |
| **1070 NE 156 Street** | |
| **North Miami Beach, FL 33162** | |

| *Chapter 13 Trustee* | *U.S. Trustee* |
|---|---|
| **Nancy K. Neidich** | **Office of the US Trustee** |
| **e2c8f01@ch13miami.com, ecf2@ch13miami.com** | **USTPRegion21.MM.ECF@usdoj.gov** |

By: /s/ Melbalynn Fisher
Melbalynn Fisher, Esq.